UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CR00521 HEA |
| ) | |
| TIMOTHY M. HUFF, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $2,000.00 to the surety of record.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2007.

*******************************************************************

### VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 5th day of April, 2007.

/s/ Cindy Kornberger
Deputy Clerk